UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE INTERCEPTION
OF WIRE COMMUNICATIONS OCCURRING TO
AN FROM CELLULAR TELEPHONE NUMBER
(787) 616-9595 BEARING ELECTRONIC
SERIAL NUMBER ("ESN") 25203968859
SUSCRIBED TO CARLOS FERNANDEZ FERNANDEZ

RECEIVED & FILED
'00 APR 11 PM 12:07
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

MISCELLANEOUS CASE NO. 98-128(PG)

| MOTION | ORDER |
|---|---|
| Docket #18 - Motion To Unseal. | Granted |

Date: _____April  10___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

OM
4/11/00

(19)